**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ANDREA CAMPBELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil No. 16-1320-NJR-SCW** |
| **SI WIRELESS, LLC., ET AL.,** | ) | |
| | ) | |
| **Defendant,** | ) | |

## ORDER

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to SDIL-LR 16.2(a) and Federal Rules of Civil Procedure 16(b) & 26(f), an initial pretrial scheduling and discovery conference is hereby set before the Honorable Stephen C. Williams via telephone conference call on **October 13, 2017, at 3:00 p.m**. **Instructions for placing the conference call are as follows: Call toll free 888-684-8852; when prompted enter Access Code 6049846; and when prompted enter Security Code 9467**.  At the scheduling conference counsel will be expected to discuss all matters covered by Fed. R. Civ. P. 16(b) and 26(f), to include those matters set forth below, as well as all matters set forth in the Joint Report and Proposed Scheduling and Discovery Order.

The parties are to submit a Joint Report and Proposed Scheduling and Discovery Order using the form provided (here).   If the case is a class action click (here) for the form.   The joint report shall be submitted seven days before the conference via e-mail to SCWpd@ilsd.uscourts.gov.

**Meeting of Counsel**:  **NOTICE: THE COURT DIRECTS THE PARTIES TO REVIEW THE CHANGES TO THE FEDERAL RULES OF CIVIL PROCEDURE, EFFECTIVE DECEMBER 1, 2015.**  Pursuant to Fed. R. Civ. P. 26(f), prior to the date for submission of the joint proposed scheduling plan set forth below, counsel for the parties shall meet to discuss the following issues, which will also be addressed with the Court at the scheduling conference:

- The nature and basis of the parties' claims and defenses,

-   The Joint Report of the Parties and the proposed discovery plan;

-   The potential for early settlement of the case;

-   The complexity of the case;

-   The formulation of a proportional discovery plan, pursuant to Fed. R. Civ. P. 26(b), including the scope and nature of any burdens associated with the preservation, retrieval, review, disclosure, and production of discoverable information relative to the likely benefit of the proposed discovery

-   Any limitations on the use of the various discovery devices that may be agreed to by the parties or ordered by the Court;

-   Costs, if any, the parties may be willing to share to reduce overall discovery expenses, such as the use of a common electronic discovery vendor (if applicable), or other cost-saving measures;

-   Any issues relating to disclosure or discovery of electronically stored information, including–

    (i)   the form or forms in which it should be produced,

    (ii)  the topics for such discovery and the time period for which such discovery will be sought,

    (iii) the various sources of such information within a party's control that should be searched for electronically stored information, and

    (iv)  whether the information is reasonably accessible to the party that has it, in terms of the burden and cost of retrieving and reviewing the information any issues relating to claims of privilege or of protection as trial-preparation material, including - if the parties agree on a procedure to assert such claims after production - whether to ask the Court to include their agreement in an order, and

-   Any issues relating to claims of privilege or of protection as trial-preparation material, including- if the parties agree on a procedure to assert such claims after production- whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502;

-   Any issues relating to the necessity of entering a protective order pursuant to Federal Rule of Civil Procedure 26(c).

-   The possibility of simplifying and narrowing the issues in the case;

-   The deadlines for amendments to the pleadings, including the filing of third-party complaints, which deadline shall be no later than **90 days** following this conference;

-   The filing of potential motions and a schedule for their disposition, including the

cut-off date for filing dispositive motions, which date shall be no later than **100 days** before the first day of the month of the presumptive trial date;

- The cut-off date for completion of all discovery including experts' discovery, which date shall be no later than **115 days** before the first day of the month of the presumptive trial date;

- The approximate date of the settlement conference (see SDIL-LR 16.3(b));

- The scheduling of one or more additional case management conferences prior to the final pretrial conference.


**IT IS SO ORDERED.**


**Dated:** September 22, 2017

*s/ Stephen C. Williams*
_____
**U.S. MAGISTRATE JUDGE**
**STEPHEN C. WILLIAMS**