IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREA CAMPBELL, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 3:16-CV-1320-NJR-SCW |
| SI WIRELESS, LLC, and DOES 1-25, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated April 13, 2018 (Doc. 28), which granted SI Wireless, LLC's Motion for Judgment on the Pleadings (Doc. 19), Plaintiff's claims against Defendant SI Wireless, LLC are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated April 13, 2016 (Doc. 28), Plaintiff's claims against Does 1-25 are **DISMISSED without prejudice**.

DATED:  April 13, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
    Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge